**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN SIMMONS; <br> DAVID MARSTERS, <br> by his next friend, Nancy Pomerleau; <br> LORRAINE SIMPSON, by her guardian, Sara Spooner; <br> SHERRI CURRIN, by her guardian, Sara Spooner; <br> CAROLE CHOJNACKI, by her guardian, Sara Spooner; <br> RICHARD CAOUETTE, by his guardian, Sara Spooner; <br> DONALD GRANT, by his guardian, Sara Spooner, <br> on behalf of themselves <br> and other similarly situated persons; and <br> MASSACHUSETTS SENIOR ACTION COUNCIL, <br><br>       Plaintiffs, <br><br>       v. <br><br> MAURA HEALEY, in her official capacity <br> as Governor of the Commonwealth of Massachusetts; <br> KATE WALSH, in her official capacity <br> as Secretary, Executive Office of Health and <br> Human Services; <br> MATTHEW GORZKOWICZ, in his official capacity <br> as Secretary of the Executive Office of Administration <br> and Finance; <br> ELIZABETH CHEN, in her official capacity as <br> Secretary, Executive Office of Elder Affairs; <br> and MICHAEL LEVIN, in his official capacity <br> as Assistant Secretary of MassHealth, <br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br> CIVIL ACTION NO. <br> 1:22-cv-11715-PBS |

**INITIAL AFFIDAVIT OF KAREN DETMERS**

I, Karen Detmers, hereby state as follows:

1.    I am a Senior Paralegal at the Center for Public Representation (CPR).

2.    On January 6, 2021, CPR sent a public records request to the Executive Office of

Health and Human Services (EOHHS), seeking data on the Commonwealth's Moving Forward Plan

(MFP) waivers for the waiver years of 2016 through 2020, pursuant to federal and state law.  Mass.

Gen. Laws c. 66; 5 U.S.C. § 552.  On or about February 11, 2021, EOHHS responded to this request, with the data attached as Appendix A.

3.     As set forth in Appendix A, the MFP Waiver data that EOHHS provided shows that:

a)  In waiver year[1] (WY) 2020, 372 persons in nursing facilities applied for the MFP-Residential Supports (MFP-RS) waiver.  Of these, 149 were rejected because the waiver was full, and 31 were rejected for "safety" reasons.  App. A., p. 1.

b)  In WY 2020, 777 persons in nursing facilities applied for the MFP-Community Living (MFP-CL) waiver, and 242 were rejected for "safety" reasons.  *Id.*

c)  In WY 2019, 385 persons in nursing facilities applied for the MFP-RS.  Of these, 166 were rejected because the waiver was full, and 25 were rejected for "safety" reasons.  *Id.*

d)  In WY 2019, 978 persons in nursing facilities applied for the MFP-CL, and 247 were rejected for "safety" reasons.  *Id.*

e)  In WY 2018, 392 persons in nursing facilities applied for the MFP-RS.  Of these, 190 were rejected because the waiver was full, and 13 were rejected for "safety" reasons.  *Id.*

f)  In WY 2018, 912 persons in nursing facilities applied for the MFP-CL, and 213 were rejected for "safety" reasons.  *Id.*

---

[1] The waiver year (WY) is considered the date the state entity chooses as their effective start date for providing the services as approved by the CMS, and for beginning the determination of available waiver slots.  It is also the date on which applications for the waiver program are formally accepted.  For the MFP-RS and MFP-CL waivers, the WY begins on April 1.

g) In WY 2017, 328 persons in nursing facilities applied for the MFP-RS. Of these, 195 were rejected because the waiver was full, and 21 were rejected for "safety" reason. *Id.*

h) In WY 2017, 420 persons in nursing facilities applied for the MFP-CL, and 90 were rejected for "safety" reasons. *Id.*

i) In WY 2016, 309 persons in nursing facilities applied for the MFP-RS. Of these, 152 were rejected because the waiver was full, and 12 were rejected for "safety" reasons. *Id.*

j) In WY 2016, 407 persons in nursing facilities applied for the MFP-CL, and 77 were rejected for "safety" reasons. *Id.*

4.      On May 18, 2022, CPR sent a public records request to Shara Bedard, Records Access Officer for EOHHS, seeking information about the Commonwealth's Pre-Admission Screening and Resident Review (PASRR) program, pursuant to federal and state law. Mass. Gen. Laws c. 66; 5 U.S.C. § 552.

5.      After two appeals to the Supervisor of Records, on February 1, 2023, EOHHS partially responded to the public records request with the data attached as Appendix B.

6.      As set forth in Appendix B, the PASRR data that EOHHS provided shows that:

a) In Fiscal Year (FY) 2022, 4142 persons with serious mental illness (SMI) were screened for admission to a nursing facility. In the first two quarters of FY 2023, 2448 persons with SMI were screened for admission to a nursing facility. Appendix B, p. 1.

b)   In FY 2022, 348 persons with SMI were admitted to a nursing facility. In the first

two quarters of FY 2023, 284 persons with SMI were admitted to a nursing facility.

*Id.*

c)   In FY 2022, 3,211 persons in nursing facilities received resident reviews annually.

In the first two quarters of FY 2023, 1,868 persons in nursing facilities received

resident reviews annually. *Id.*

d)   In FY 2022, 282 persons in nursing facilities who received resident reviews were

identified as having SMI. In the first two quarters of FY 2023, 183 persons in

nursing facilities who received resident reviews were identified as having SMI.

Appendix B, p. 2.

e)   In FY 2022, 196 persons with SMI were determined to need specialized services. In

the first two quarters of FY 2023, 218 persons with SMI were determined to need

specialized services. *Id.*

f)   In FY 2021, 3,858 persons with serious mental illness (SMI) were screened for

admission to a nursing facility. Appendix B, p. 1.

g)   In FY 2021, 383 persons with SMI were admitted to a nursing facility. *Id.*

h)   In FY 2021, 2,760 persons in nursing facilities received resident reviews annually.

*Id.*

i)   In FY 2021, 418 persons in nursing facilities who received resident reviews were

identified as having SMI. Appendix B, p. 2.

j)   In FY 2021, less than 11 persons in nursing facilities with SMI were determined to

need specialized services.[2] *Id.*

---

[2] EOHHS redacted the actual number whenever it was eleven or less.

7.    I have also reviewed the Centers for Medicare and Medicaid Services Minimum Data Set (MDS) Frequency Report data.[3]  MDS data for the third quarter of 2022 is attached as Appendix C.

8.    As set forth in Appendix C, the MDS data set for the nursing facilities for the Commonwealth contained the following data:

a)  1,197 nursing facility residents from a total of 1,551 were identified as having SMI after a Level II PASRR.  Appendix C, p. 1.

b)  Of 34,094 total residents in nursing facilities, approximately 87% are older adults, defined as those aged 65 and older, totaling about 29,808 individuals.  *Id.* at 3.

c)  Of 34,094 total residents in nursing facilities, approximately 12.5% are individuals under the age of 65, totaling about 4,282 individuals.  *Id.*

d)  Of 30,333 total residents in nursing facilities, 37.59% expected to be discharged to the community, or 11,402 individuals.  *Id.* at 6.

e)  Of 30,963 total residents in nursing facilities, only 19.46% had an active discharge plan, or 6,025.  *Id.* at 8.

Signed under the pains and penalties of perjury on this 14th day of April 2023.

*Karen Detmers*

Karen Detmers

---

[3] The MDS Frequency Report comprises information collected by nursing facilities about the active residents in the nursing facilities who are Medicare or Medicare eligible.  *See* : https://www.cms.gov/Research-Statistics-Data-and-Systems/Computer-Data-and-Systems/Minimum-Data-Set-3-0-Public-Reports/Minimum-Data-Set-3-0-Frequency-Report

"The Original MDS was developed under the auspices of the Health Care Financing Administration ('HCFA'), a federal agency, in response to a Congressional mandate that all nursing homes participating in Medicare and Medicaid programs comply with specific resident assessment requirements." *Spilman v. Mosby-Y.B., Inc.*, 115 F. Supp. 2d 148, 150 (D. Mass. 2000) (Saris, J.) (citing 42 C.F.R. § 483.20, which states that nursing facilities must complete each resident's assessment on a quarterly basis and transmit the data to the CMS System).

## Appendix A
## Moving Forward Program (MFP) Data - 2016-2020

**1. The number of persons who applied for each waiver;**

| Waiver by WY | Count |
|---|---|
| MFP-CL | 3,872 |
| WY2016 | 469 |
| WY2017 | 493 |
| WY2018 | 983 |
| WY2019 | 1,059 |
| WY2020 | 868 |
| MFP-RS | 2,044 |
| WY2016 | 360 |
| WY2017 | 392 |
| WY2018 | 444 |
| WY2019 | 436 |
| WY2020 | 412 |
| Grand Total | 5,916 |

**2. The number of persons in nursing facilities who applied for each waiver;**

| Waiver by WY | Count |
|---|---|
| MFP-CL | 3,494 |
| WY2016 | 407 |
| WY2017 | 420 |
| WY2018 | 912 |
| WY2019 | 978 |
| WY2020 | 777 |
| MFP-RS | 1,786 |
| WY2016 | 309 |
| WY2017 | 328 |
| WY2018 | 392 |
| WY2019 | 385 |
| WY2020 | 372 |
| Grand Total | 5,280 |

**3. The number of persons by age or age range in nursing facilities who applied for each waiver;**

| Waiver by Age Group | Count |
|---|---|
| MFP-CL | 3,494 |
| 18-29 | 27 |
| 30-29 | 117 |
| 40-49 | 278 |
| 50-59 | 829 |
| 60-69 | 1,248 |
| 70-79 | 636 |
| 80+ | 359 |
| MFP-RS | 1,786 |
| 18-29 | 17 |
| 30-29 | 50 |
| 40-49 | 105 |
| 50-59 | 431 |
| 60-69 | 686 |
| 70-79 | 368 |
| 80+ | 129 |
| Grand Total | 5,280 |

**4. The number of persons by condition or disability (i.e. Serious Mental Illness, Intellectual Disability, Physical Disability, Stroke, Dementia, etc), other than Acquired Brain Injury (ABI) in nursing facilities who applied for each waiver;**

N/A

**5. The number of persons in nursing facilities who were found eligible for each waiver;**

| Waiver by WY | Count |
|---|---|
| MFP-CL | 1,292 |
| WY2016 | 216 |
| WY2017 | 182 |
| WY2018 | 304 |
| WY2019 | 309 |
| WY2020 | 281 |
| MFP-RS | 383 |
| WY2016 | 66 |
| WY2017 | 80 |
| WY2018 | 68 |
| WY2019 | 76 |
| WY2020 | 93 |
| Grand Total | 1,675 |

**7. The number of persons in nursing facilities who were transitioned from nursing facilities to the community in each waiver.**

| Waiver by WY | Count |
|---|---|
| MFP-CL | 843 |
| WY2016 | 164 |
| WY2017 | 136 |
| WY2018 | 170 |
| WY2019 | 184 |
| WY2020 | 189 |
| MFP-RS | 202 |
| WY2016 | 40 |
| WY2017 | 54 |
| WY2018 | 29 |
| WY2019 | 51 |
| WY2020 | 28 |
| Grand Total | 1,045 |

**6. The number of persons in nursing facilities who were found ineligible for each waiver and the reasons for such determination;**

### MFP-CL and MFP-RS Waivers: Ineligible in Nursing Facilities

| Application Date Received & Reason Ineligible | WAIVER MFP-CL | WAIVER MFP-RS |
|---|---|---|
| **April 1, 2015 – March 31, 2016** | | |
| Do not need waiver service | | ■ |
| Enrolled in another HCBS waiver, PACE, SCO or One Care | ■ | |
| Not enrolled in the MFP Demonstration | 13 | ■ |
| Not financially eligible | 53 | 19 |
| Not in facility 90 days | | ■ |
| Not reside in a setting where services can be delivered | ■ | |
| Not residing in a qualified facility at time of application | ■ | ■ |
| Not transitioning to a qualified residence | | |
| Safety | 77 | 12 |
| Sufficient documentation not provided | 61 | 19 |
| Waiver Slots Full | | 152 |
| **April 1, 2015 – March 31, 2016 Total** | 216 | 214 |
| **April 1, 2016 – March 31, 2017** | | |
| Do not need waiver service | | |
| Multiple Reasons | | ■ |
| Not enrolled in the MFP Demonstration | ■ | |
| Not financially eligible | 52 | 18 |
| Not in facility 90 days | ■ | |
| Not reside in a setting where services can be delivered | ■ | |
| Not residing in a qualified facility at time of application | ■ | |
| Not transitioning to a qualified residence | | |
| Safety | 90 | 21 |
| Sufficient documentation not provided | 54 | 27 |
| Waiver Slots Full | | 195 |
| **April 1, 2016 – March 31, 2017 Total** | 219 | 273 |
| **April 1, 2017 – March 31, 2018** | | |
| Do not need waiver service | | |
| Enrolled in another HCBS waiver, PACE, SCO or One Care | ■ | |
| Multiple Reasons | | |
| Not financially eligible | 126 | 28 |
| Not in facility 90 days | 24 | ■ |
| Not reside in a setting where services can be delivered | ■ | |
| Not transitioning to a qualified residence | | |
| Safety | 213 | 13 |
| Sufficient documentation not provided | 144 | 36 |
| Waiver Slots Full | | 190 |
| **April 1, 2017 – March 31, 2018 Total** | 533 | 292 |
| **April 1, 2018 – March 31, 2019** | | |
| Do not need waiver service | | ■ |
| Enrolled in another HCBS waiver, PACE, SCO or One Care | 15 | 23 |
| Multiple Reasons | ■ | |
| Not financially eligible | 133 | 28 |
| Not in facility 90 days | 38 | ■ |
| Not reside in a setting where services can be delivered | ■ | ■ |
| Not transitioning to a qualified residence | 12 | |
| Safety | 247 | 25 |
| Sufficient documentation not provided | 164 | 38 |
| Waiver Slots Full | | 166 |
| **April 1, 2018 – March 31, 2019 Total** | 614 | 305 |
| **April 1, 2019 – March 31, 2020** | | |
| Do not need waiver service | | 22 |
| Enrolled in another HCBS waiver, PACE, SCO or One Care | ■ | 24 |
| Multiple Reasons | | ■ |
| Not financially eligible | 157 | 47 |
| Not in facility 90 days | 26 | ■ |
| Not reside in a setting where services can be delivered | ■ | ■ |
| Not transitioning to a qualified residence | ■ | |
| Safety | 242 | 31 |
| Sufficient documentation not provided | 143 | 43 |
| Waiver Slots Full | | 149 |
| **April 1, 2019 – March 31, 2020 Total** | 591 | 332 |
| **Grand Total** | 2173 | 1416 |

**\*Note: non-zero cell sizes <11 are masked for member confidentiality**

**Appendix B**
**PASRR Data**

Kaplan PRR Response

**Request #2:** Number of persons with SMI annually screened for admission to nursing facilities (from 2017 to present, by quarter)

| Fiscal Year | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| FY18 | 124 | 405 | 369 | 436 | 1334 |
| FY19 | 366 | 887 | 1223 | 1416 | 3892 |
| FY20 | 1182 | 1286 | 1202 | 697 | 4367 |
| FY21 | 912 | 916 | 882 | 1148 | 3858 |
| FY22 | 1050 | 902 | 1083 | 1107 | 4142 |
| FY23 | 1248 | 1200 | | | 2448 |
| Grand Total | 4882 | 5596 | 4759 | 4804 | 20041 |

**Request #4:** Number of persons with SMI annually admitted to nursing facilities (from 2017 to present, by quarter).

| Fiscal Year | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| FY18 | 85 | 329 | 278 | 330 | 1022 |
| FY19 | 280 | 453 | 637 | 673 | 2043 |
| FY20 | 467 | 357 | 256 | 102 | 1182 |
| FY21 | 115 | 103 | 74 | 91 | 383 |
| FY22 | 90 | 74 | 95 | 89 | 348 |
| FY23 | 142 | 142 | | | 284 |
| Grand Total | 1179 | 1458 | 1340 | 1285 | 5262 |

**Request #5:** Number of persons in nursing facilities who receive resident reviews annually (from 2017 to present, by quarter) – provide

| Fiscal Year | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| FY18 | ▮ | 234 | 230 | 296 | |
| FY19 | 274 | 359 | 700 | 840 | 2173 |
| FY20 | 644 | 750 | 780 | 420 | 2594 |
| FY21 | 604 | 659 | 657 | 840 | 2760 |
| FY22 | 696 | 705 | 942 | 868 | 3211 |
| FY23 | 982 | 886 | | | 1868 |
| Grand Total | ▮ | 3593 | 3309 | 3264 | ▮ |

Kaplan PRR Response

**Request #7:** Number of persons in nursing facilities who receive resident reviews which are identified as having SMI annually

| Fiscal Year | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| FY18 | | 191 | 177 | 233 | |
| FY19 | 214 | 250 | 479 | 468 | 1411 |
| FY20 | 349 | 251 | 189 | 110 | 899 |
| FY21 | 117 | 112 | 93 | 96 | 418 |
| FY22 | 48 | 77 | 83 | 74 | 282 |
| FY23 | 90 | 93 | | | 183 |
| Grand Total | | 974 | 1021 | 981 | |

**Request #9:** Number of persons with SMI annually determined to need specialized services (from 2017 to present, by quarter)

| Fiscal Year | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| FY18 | | | | | 15 |
| FY19 | | | 11 | 12 | 35 |
| FY20 | | | | | 18 |
| FY21 | | | | | |
| FY22 | | 38 | 86 | 72 | 196 |
| FY23 | 109 | 109 | | | 218 |
| Grand Total | 125 | 161 | 106 | 93 | |

Kaplan PRR Response

**Request #10:** The number of each type of specialized service (i.e., psychotherapy, physical therapy) recommended for persons with SMI receiving the specific specialized service (from 2017 to present, by quarter)

| Fiscal Year/Specialized Service | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Grand Total |
|---|---|---|---|---|---|
| **FY18** | ▮ | ▮ | ▮ | ▮ | 21 |
| Inpatient Psych | ▮ | ▮ | ▮ | ▮ | 21 |
| **FY19** | ▮ | ▮ | 12 | 16 | 41 |
| Inpatient Psych | ▮ | ▮ | 12 | 16 | 41 |
| **FY20** | ▮ | ▮ | ▮ | ▮ | 18 |
| Individual Psychotherapy | | | | ▮ | ▮ |
| Inpatient Psych | ▮ | ▮ | ▮ | ▮ | 17 |
| **FY21** | ▮ | | | ▮ | ▮ |
| Inpatient Psych | ▮ | | | ▮ | ▮ |
| **FY22** | | 122 | 202 | 234 | 558 |
| Case Consultation | | 14 | 21 | 23 | 58 |
| Family Psychotherapy | | ▮ | | | ▮ |
| Individual Psychotherapy | | 55 | 103 | 125 | 283 |
| Methadone, Buprenorphine, Buprenorphine/Naltrexone, or Naltrexone | | ▮ | ▮ | 18 | 26 |
| Neuro-Psychiatric Evaluation | | 20 | 23 | 23 | 66 |
| Psychiatric Diagnostic Evaluation | | 20 | 30 | 33 | 83 |
| Psychotherapy for Crisis | | | 17 | ▮ | 32 |
| (blank) | | ▮ | ▮ | ▮ | ▮ |
| **FY23** | 233 | 237 | | | ▮ |
| Case Consultation | 19 | 27 | | | 46 |
| Family Psychotherapy | ▮ | ▮ | | | ▮ |
| Individual Psychotherapy | 127 | 115 | | | 242 |
| Methadone, Buprenorphine, Buprenorphine/Naltrexone, or Naltrexone | 13 | 13 | | | 26 |
| Neuro-Psychiatric Evaluation | 25 | 24 | | | 49 |
| Psychiatric Diagnostic Evaluation | 40 | 48 | | | 88 |
| Psychotherapy for Crisis | ▮ | ▮ | | | 16 |
| **Grand Total** | 251 | 376 | 223 | 262 | 1112 |

**Request #11:** Demographic data on persons with SMI admitted to nursing facilities and persons receiving specialized services, by age, disability, and race, and language spoke (from 2017 to present, by quarter)

| AGE RANGE | |
|---|---|

Kaplan PRR Response

| Fiscal Year/Quarter | Count |
|---|---|
| **FY18** | **15** |
| Qtr 2 | |
| 50-64 | |
| 65 and up | |
| Qtr 3 | |
| 50-64 | |
| Qtr 4 | |
| 50-64 | |
| 65 and up | |
| **FY19** | **35** |
| Qtr 1 | |
| 50-64 | |
| 65 and up | |
| Qtr 2 | |
| 23-49 | |
| 50-64 | |
| 65 and up | |
| Qtr 3 | 11 |
| 23-49 | |
| 50-64 | |
| 65 and up | |
| Qtr 4 | 12 |
| 50-64 | |
| 65 and up | |
| **FY20** | **18** |
| Qtr 1 | |
| 50-64 | |
| 65 and up | |
| Qtr 2 | |
| 50-64 | |
| 65 and up | |
| Qtr 3 | |
| 50-64 | |
| 65 and up | |
| Qtr 4 | |
| 50-64 | |
| **FY21** | |
| Qtr 1 | |
| 50-64 | |
| 65 and up | |
| Qtr 3 | |
| 23-49 | |

Kaplan PRR Response

| FY22 | 196 |
| --- | --- |
| Qtr 2 | 38 |
| 50-64 | 19 |
| 65 and up | 19 |
| Qtr 3 | ▮ |
| 23-49 | ▮ |
| 50-64 | 27 |
| 65 and up | 52 |
| Qtr 4 | 72 |
| 23-49 | 13 |
| 50-64 | 24 |
| 65 and up | 35 |
| FY23 | 218 |
| Qtr 1 | ▮ |
| 23-49 | ▮ |
| 50-64 | 51 |
| 65 and up | 55 |
| Qtr 2 | ▮ |
| 23-49 | ▮ |
| 50-64 | 37 |
| 65 and up | 66 |
| Grand Total | 485 |
|  |  |
| LANGUAGE |  |
| Fiscal Year/Quarter | Count |
| FY18 | 15 |
| Qtr 2 | ▮ |
| English | ▮ |
| Not specified | ▮ |
| Qtr 3 | ▮ |
| English | ▮ |
| Not specified | ▮ |
| Qtr 4 | ▮ |
| English | ▮ |
| FY19 | 35 |
| Qtr 1 | ▮ |
| English | ▮ |
| Vietnamese | ▮ |
| Not specified | ▮ |
| Qtr 2 | ▮ |
| English | ▮ |
| Not specified | ▮ |
| Qtr 3 | 11 |

Kaplan PRR Response

| | |
|---|---|
| English | |
| Not specified | |
| Qtr 4 | 12 |
| English | |
| Not specified | |
| FY20 | 18 |
| Qtr 1 | |
| English | |
| Not specified | |
| Qtr 2 | |
| English | |
| Spanish | |
| Not specified | |
| Qtr 3 | |
| English | |
| Spanish | |
| Not specified | |
| Qtr 4 | |
| English | |
| FY21 | |
| Qtr 1 | |
| English | |
| Not specified | |
| Qtr 3 | |
| English | |
| FY22 | 196 |
| Qtr 2 | 38 |
| English | |
| Spanish | |
| Not specified | 30 |
| Qtr 3 | 86 |
| English | 18 |
| Khmer | |
| Russian | |
| Spanish | |
| Not specified | 65 |
| Qtr 4 | |
| Arabic | |
| English | 14 |
| Not specified | 57 |
| FY23 | 218 |
| Qtr 1 | |
| English | 17 |

Kaplan PRR Response

| | |
|---|---|
| Spanish | ▮ |
| Not specified | 89 |
| **Qtr 2** | ▮ |
| English | 23 |
| Spanish | ▮ |
| Not specified | 85 |
| **Grand Total** | **485** |

Appendix C
MDS Data

# MDS Frequency Report: Third Quarter 2022)

### A1510A: Identification Information - Level II Preadmission Screening and Resident Review - Serious Mental Illness

| State | No | Yes | State Total |
|-------|-----|-----|-------------|
| Alabama | 27.38% | 72.62% | 3240 |
| Alaska | 41.30% | 58.70% | 46 |
| Arizona | 14.75% | 85.25% | 373 |
| Arkansas | 30.59% | 69.41% | 1226 |
| California | 22.45% | 77.55% | 11414 |
| Colorado | 11.57% | 88.43% | 2143 |
| Connecticut | 9.80% | 90.20% | 2562 |
| Delaware | 37.40% | 62.60% | 246 |
| District of Columbia | 18.82% | 81.18% | 85 |
| Florida | 27.88% | 72.12% | 1833 |
| Georgia | 22.42% | 77.58% | 3497 |
| Hawaii | 25.37% | 74.63% | 201 |
| Idaho | 24.69% | 75.31% | 810 |
| Illinois | 9.97% | 90.03% | 4887 |
| Indiana | 24.49% | 75.51% | 5157 |
| Iowa | 23.62% | 76.38% | 2354 |
| Kansas | 10.73% | 89.27% | 783 |
| Kentucky | 59.64% | 40.36% | 996 |
| Louisiana | 27.66% | 72.34% | 1902 |
| Maine | 29.28% | 70.72% | 461 |
| Maryland | 30.57% | 69.43% | 687 |
| Massachusetts | 22.82% | 77.18% | 1551 |
| Michigan | 24.95% | 75.05% | 3415 |

1

| | | | |
|---|---|---|---|
| Minnesota | 28.08% | 71.92% | 730 |
| Mississippi | 26.75% | 73.25% | 1013 |
| Missouri | 20.08% | 79.92% | 3830 |
| Montana | 34.55% | 65.45% | 165 |
| Nebraska | 27.34% | 72.66% | 1240 |
| Nevada | 48.40% | 51.60% | 250 |
| New Hampshire | 26.48% | 73.52% | 321 |
| New Jersey | 32.07% | 67.93% | 2008 |
| New Mexico | 50.54% | 49.46% | 186 |
| New York | 40.52% | 59.48% | 3712 |
| North Carolina | 40.85% | 59.15% | 4871 |
| North Dakota | 23.01% | 76.99% | 565 |
| Ohio | 22.53% | 77.47% | 4269 |
| Oklahoma | 23.05% | 76.95% | 1549 |
| Oregon | 35.54% | 64.46% | 166 |
| Pennsylvania | 35.50% | 64.50% | 4042 |
| Puerto Rico | * | * | 0 |
| Rhode Island | 16.05% | 83.95% | 623 |
| South Carolina | 54.36% | 45.64% | 585 |
| South Dakota | 36.93% | 63.07% | 417 |
| Tennessee | 16.79% | 83.21% | 1578 |
| Texas | 38.16% | 61.84% | 6995 |
| U.S. Virgin Islands | * | * | 0 |
| Utah | 13.33% | 86.67% | 1215 |
| Vermont | 52.05% | 47.95% | 73 |
| Virginia | 56.31% | 43.69% | 785 |
| Washington | 35.30% | 64.70% | 1255 |
| West Virginia | 50.20% | 49.80% | 508 |
| Wisconsin | 5.31% | 94.69% | 5608 |
| Wyoming | 28.23% | 71.77% | 379 |

| NATIONAL TOTAL | 25.69% | 74.31% | 98807 |
|---|---|---|---|

## MDS Frequency Report: Third Quarter 2022)

**RSAGE: Age of resident**

| State | 0-30 | 31-64 | 65-74 | 75-84 | 85-95 | > 95 | State Total |
|---|---|---|---|---|---|---|---|
| Alabama | 0.72% | 18.93% | 24.51% | 28.79% | 23.89% | 3.17% | 21227 |
| Alaska | 1.38% | 20.28% | 28.97% | 28.69% | 18.48% | 2.21% | 725 |
| Arizona | 1.09% | 27.20% | 24.48% | 27.19% | 18.11% | 1.93% | 11938 |
| Arkansas | 0.29% | 16.61% | 21.71% | 29.62% | 27.95% | 3.83% | 15973 |
| California | 1.05% | 21.60% | 24.94% | 26.27% | 22.35% | 3.80% | 100942 |
| Colorado | 0.21% | 15.76% | 24.23% | 29.06% | 26.52% | 4.22% | 15107 |
| Connecticut | 0.21% | 15.12% | 20.30% | 27.73% | 30.21% | 6.43% | 20438 |
| Delaware | 1.39% | 13.09% | 21.79% | 31.25% | 27.91% | 4.57% | 3805 |
| District of Columbia | 1.12% | 19.80% | 29.50% | 26.91% | 18.24% | 4.44% | 2051 |
| Florida | 0.33% | 14.17% | 23.08% | 30.66% | 27.51% | 4.25% | 74952 |
| Georgia | 0.29% | 19.02% | 27.48% | 29.39% | 21.04% | 2.78% | 30088 |
| Hawaii | 0.99% | 13.04% | 19.13% | 24.79% | 32.32% | 9.73% | 3320 |
| Idaho | 0.46% | 17.58% | 23.90% | 32.64% | 22.90% | 2.52% | 3925 |
| Illinois | 0.51% | 22.16% | 22.62% | 25.36% | 24.81% | 4.54% | 61279 |
| Indiana | 0.76% | 16.80% | 22.41% | 28.85% | 27.05% | 4.13% | 36216 |
| Iowa | 0.52% | 10.95% | 18.57% | 26.98% | 35.76% | 7.23% | 20489 |
| Kansas | 0.23% | 15.18% | 20.57% | 27.00% | 31.26% | 5.75% | 15137 |
| Kentucky | 0.71% | 15.96% | 22.72% | 30.58% | 26.41% | 3.62% | 21390 |
| Louisiana | 0.21% | 19.12% | 26.35% | 28.23% | 23.26% | 2.84% | 23185 |
| Maine | 0.17% | 9.96% | 18.11% | 31.42% | 34.71% | 5.62% | 5229 |
| Maryland | 0.41% | 19.65% | 24.64% | 28.19% | 23.11% | 4.00% | 23164 |
| Massachusetts | 0.40% | 12.16% | 19.90% | 29.68% | 31.68% | 6.17% | 34094 |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Michigan | 0.30% | 18.49% | 24.42% | 28.91% | 23.81% | 4.07% | 34886 |
| Minnesota | 0.21% | 11.41% | 19.05% | 28.50% | 33.84% | 6.99% | 20607 |
| Mississippi | 0.43% | 20.85% | 25.92% | 28.11% | 21.96% | 2.73% | 14513 |
| Missouri | 0.92% | 21.25% | 22.21% | 26.03% | 25.56% | 4.03% | 34757 |
| Montana | 0.18% | 13.01% | 22.77% | 31.20% | 28.11% | 4.73% | 3298 |
| Nebraska | 0.75% | 12.29% | 18.25% | 28.13% | 34.21% | 6.38% | 9928 |
| Nevada | 1.69% | 25.10% | 26.59% | 28.78% | 15.91% | 1.93% | 5740 |
| New Hampshire | * | 9.33% | 18.10% | 30.59% | 35.21% | 6.73% | 5691 |
| New Jersey | 1.06% | 17.49% | 21.42% | 27.58% | 27.50% | 4.95% | 40737 |
| New Mexico | 0.43% | 21.29% | 25.68% | 27.67% | 21.74% | 3.17% | 5330 |
| New York | 0.88% | 15.45% | 21.10% | 28.62% | 28.68% | 5.27% | 100009 |
| North Carolina | 0.22% | 15.78% | 23.59% | 30.62% | 25.94% | 3.85% | 34202 |
| North Dakota | 0.15% | 9.81% | 15.72% | 24.88% | 39.86% | 9.57% | 4566 |
| Ohio | 0.37% | 20.14% | 24.77% | 27.42% | 23.73% | 3.58% | 67689 |
| Oklahoma | 0.34% | 19.92% | 25.20% | 28.52% | 22.82% | 3.19% | 16697 |
| Oregon | 0.48% | 16.61% | 27.23% | 30.83% | 21.73% | 3.12% | 6497 |
| Pennsylvania | 0.25% | 13.46% | 20.76% | 28.84% | 30.99% | 5.71% | 67842 |
| Puerto Rico | * | 20.90% | 37.31% | 28.36% | 12.69% | 0.75% | 134 |
| Rhode Island | 0.16% | 11.80% | 20.17% | 28.57% | 32.14% | 7.16% | 7010 |
| South Carolina | 0.18% | 16.73% | 24.32% | 30.37% | 24.83% | 3.56% | 16248 |
| South Dakota | 0.10% | 8.71% | 15.94% | 27.22% | 39.16% | 8.87% | 4905 |
| Tennessee | 0.38% | 17.33% | 23.51% | 31.01% | 24.74% | 3.03% | 25306 |
| Texas | 0.35% | 17.17% | 24.37% | 29.99% | 24.78% | 3.35% | 86952 |
| U.S. Virgin Islands | * | * | * | * | * | * | 0 |
| Utah | 1.23% | 25.36% | 27.60% | 27.64% | 16.28% | 1.88% | 5749 |
| Vermont | 0.08% | 8.15% | 17.78% | 33.39% | 34.45% | 6.15% | 2441 |
| Virginia | 0.46% | 16.70% | 23.69% | 29.44% | 25.54% | 4.16% | 27838 |
| Washington | 0.31% | 13.99% | 25.09% | 31.31% | 24.72% | 4.59% | 13433 |

| | | | | | | |
|---|---|---|---|---|---|---|
| West Virginia | 0.24% | 16.59% | 23.86% | 30.41% | 25.63% | 3.27% | 9324 |
| Wisconsin | 0.21% | 12.21% | 19.86% | 29.33% | 32.60% | 5.79% | 18183 |
| Wyoming | 0.10% | 10.41% | 18.89% | 31.83% | 32.92% | 5.85% | 2017 |
| **NATIONAL TOTAL** | 0.52% | 17.14% | 22.96% | 28.57% | 26.42% | 4.39% | 1237203 |

## MDS Frequency Report: Third Quarter 2022)

**Q0300A: Participation in Assessment and Goal Setting - Residents Overall Expectation - Goal Established During Assessment**

| State | Expects to be discharged to community | Expects to remain in facility | Expects to be discharged to another facility | None of the above | State Total |
|---|---|---|---|---|---|
| Alabama | 29.45% | 63.30% | 1.05% | 6.20% | 19121 |
| Alaska | 31.81% | 56.47% | 2.74% | 8.98% | 657 |
| Arizona | 57.43% | 36.31% | 1.76% | 4.51% | 9367 |
| Arkansas | 20.27% | 72.92% | 1.04% | 5.78% | 14666 |
| California | 45.41% | 44.85% | 2.24% | 7.51% | 88444 |
| Colorado | 27.72% | 62.35% | 2.62% | 7.32% | 13259 |
| Connecticut | 43.31% | 47.56% | 1.43% | 7.70% | 18163 |
| Delaware | 36.18% | 56.48% | 2.03% | 5.31% | 3449 |
| District of Columbia | 32.63% | 56.20% | 1.54% | 9.64% | 1888 |
| Florida | 39.53% | 52.67% | 2.65% | 5.14% | 65976 |
| Georgia | 27.11% | 63.26% | 1.67% | 7.96% | 27539 |
| Hawaii | 43.87% | 49.97% | 1.40% | 4.76% | 2920 |
| Idaho | 36.98% | 51.70% | 4.11% | 7.20% | 3526 |
| Illinois | 31.45% | 56.38% | 2.76% | 9.42% | 54901 |
| Indiana | 32.01% | 59.80% | 1.36% | 6.83% | 32763 |
| Iowa | 23.77% | 66.93% | 1.73% | 7.56% | 19032 |
| Kansas | 23.06% | 68.75% | 1.52% | 6.67% | 13755 |

5

| | | | | |
|---|---|---|---|---|
| Kentucky | 29.09% | 62.42% | 1.27% | 7.23% | 19205 |
| Louisiana | 20.75% | 70.30% | 1.03% | 7.91% | 21453 |
| Maine | 30.66% | 56.97% | 3.82% | 8.55% | 4583 |
| Maryland | 46.19% | 45.07% | 1.71% | 7.04% | 20681 |
| Massachusetts | 37.59% | 52.48% | 1.49% | 8.44% | 30333 |
| Michigan | 37.90% | 53.31% | 1.91% | 6.88% | 30720 |
| Minnesota | 36.77% | 51.84% | 2.97% | 8.42% | 18352 |
| Mississippi | 21.26% | 71.56% | 0.93% | 6.25% | 13483 |
| Missouri | 22.15% | 68.05% | 2.01% | 7.80% | 30573 |
| Montana | 26.59% | 61.12% | 2.71% | 9.57% | 2873 |
| Nebraska | 27.27% | 62.26% | 3.16% | 7.31% | 9152 |
| Nevada | 45.11% | 45.29% | 1.98% | 7.62% | 4844 |
| New Hampshire | 26.68% | 65.00% | 2.48% | 5.84% | 5243 |
| New Jersey | 35.48% | 58.17% | 1.43% | 4.92% | 35700 |
| New Mexico | 33.68% | 55.35% | 1.84% | 9.14% | 4564 |
| New York | 43.58% | 46.41% | 2.22% | 7.79% | 88037 |
| North Carolina | 35.31% | 53.30% | 3.57% | 7.82% | 30638 |
| North Dakota | 21.84% | 68.23% | 2.47% | 7.47% | 4300 |
| Ohio | 35.40% | 55.17% | 1.37% | 8.06% | 60040 |
| Oklahoma | 22.77% | 68.66% | 1.14% | 7.44% | 14869 |
| Oregon | 51.53% | 36.35% | 6.11% | 6.02% | 5601 |
| Pennsylvania | 33.89% | 56.52% | 2.54% | 7.05% | 60883 |
| Puerto Rico | 95.45% | * | * | 4.55% | 22 |
| Rhode Island | 34.66% | 54.02% | 2.70% | 8.62% | 6250 |
| South Carolina | 27.82% | 63.41% | 1.95% | 6.81% | 14387 |
| South Dakota | 23.37% | 67.15% | 3.28% | 6.21% | 4575 |
| Tennessee | 36.32% | 54.93% | 1.27% | 7.48% | 22205 |
| Texas | 25.85% | 64.73% | 1.29% | 8.13% | 77303 |

| U.S. Virgin Islands | * | * | * | * | 0 |
|---|---|---|---|---|---|
| Utah | 42.11% | 47.30% | 3.24% | 7.35% | 4901 |
| Vermont | 35.53% | 52.79% | 2.47% | 9.22% | 2190 |
| Virginia | 38.47% | 53.49% | 1.74% | 6.30% | 24954 |
| Washington | 54.70% | 34.23% | 4.68% | 6.39% | 11876 |
| West Virginia | 28.36% | 60.86% | 1.62% | 9.16% | 8559 |
| Wisconsin | 44.28% | 43.75% | 4.07% | 7.89% | 15985 |
| Wyoming | 23.25% | 67.77% | 1.44% | 7.54% | 1871 |
| **NATIONAL TOTAL** | 34.82% | 55.79% | 2.05% | 7.34% | 1100631 |

### Q0400A: Participation in Assessment and Goal Setting - Discharge Plan - Active Discharge Plan

active discharge plan in place for the resident to return to the community

| State | No | Yes | State Total |
|---|---|---|---|
| Alabama | 87.98% | 12.02% | 19804 |
| Alaska | 82.40% | 17.60% | 693 |
| Arizona | 61.15% | 38.85% | 9634 |
| Arkansas | 92.44% | 7.56% | 15168 |
| California | 73.75% | 26.25% | 91137 |
| Colorado | 86.13% | 13.87% | 13625 |
| Connecticut | 77.67% | 22.33% | 18734 |
| Delaware | 83.79% | 16.21% | 3535 |
| District of Columbia | 83.46% | 16.54% | 1953 |
| Florida | 76.44% | 23.56% | 67151 |
| Georgia | 88.74% | 11.26% | 28490 |
| Hawaii | 79.14% | 20.86% | 3053 |
| Idaho | 82.60% | 17.40% | 3603 |
| Illinois | 85.90% | 14.10% | 56929 |
| Indiana | 87.00% | 13.00% | 33428 |
| Iowa | 92.18% | 7.82% | 19420 |

| | | | |
|---|---|---|---|
| Kansas | 90.59% | 9.41% | 14203 |
| Kentucky | 89.06% | 10.94% | 19956 |
| Louisiana | 92.82% | 7.18% | 22002 |
| Maine | 82.74% | 17.26% | 4802 |
| Maryland | 75.15% | 24.85% | 21109 |
| Massachusetts | 80.54% | 19.46% | 30963 |
| Michigan | 80.15% | 19.85% | 31370 |
| Minnesota | 84.26% | 15.74% | 18862 |
| Mississippi | 90.86% | 9.14% | 13822 |
| Missouri | 89.08% | 10.92% | 32142 |
| Montana | 91.09% | 8.91% | 3053 |
| Nebraska | 88.57% | 11.43% | 9389 |
| Nevada | 70.78% | 29.22% | 4955 |
| New Hampshire | 88.17% | 11.83% | 5351 |
| New Jersey | 77.53% | 22.47% | 36786 |
| New Mexico | 85.15% | 14.85% | 4741 |
| New York | 81.24% | 18.76% | 92201 |
| North Carolina | 83.78% | 16.22% | 31367 |
| North Dakota | 93.16% | 6.84% | 4417 |
| Ohio | 83.65% | 16.35% | 61349 |
| Oklahoma | 88.81% | 11.19% | 15634 |
| Oregon | 66.25% | 33.75% | 5766 |
| Pennsylvania | 87.67% | 12.33% | 61924 |
| Puerto Rico | 3.57% | 96.43% | 28 |
| Rhode Island | 83.05% | 16.95% | 6396 |
| South Carolina | 82.07% | 17.93% | 14854 |
| South Dakota | 92.45% | 7.55% | 4691 |
| Tennessee | 81.15% | 18.85% | 22959 |
| Texas | 86.75% | 13.25% | 79632 |
| U.S. Virgin Islands | * | * | 0 |
| Utah | 73.60% | 26.40% | 5016 |

| Vermont | 83.83% | 16.17% | 2264 |
|---|---|---|---|
| Virginia | 82.45% | 17.55% | 25549 |
| Washington | 65.66% | 34.34% | 12218 |
| West Virginia | 88.59% | 11.41% | 8733 |
| Wisconsin | 77.42% | 22.58% | 16559 |
| Wyoming | 93.77% | 6.23% | 1925 |
| **NATIONAL TOTAL** | 82.86% | 17.14% | 1133345 |